**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BRIAN BUHAMIIZO,<br><br>    Petitioner,<br><br>v.<br><br>TODD LYONS, et al.,<br><br>    Respondents. | Civil Action No. 1:26-cv-11976-BEM |

**RESPONDENTS' ASSENTED TO-MOTION FOR EXTENSION OF TIME**

Now come the Respondents, by and through undersigned counsel, and hereby respectfully request additional time to file a response to Petitioner's Motion. *See* ECF No. 23. Following receipt of the Court's Order, Respondents response is due on July 15, 2026. *See* ECF No. 27. However, the Respondents and Petitioner are in still discussions on how to proceed with this case. The undersigned counsel and Petitioner's counsel are making progress to possibly coming to an alternative resolution absent the need for Court intervention.  As such, the Respondents respectfully request an extension to August 14, 2026. This will be the last extension request absent extraordinary circumstances.

Dated: July 15, 2026

               Respectfully submitted,

               LEAH B. FOLEY
               United States Attorney

      By:  */s/ Vincent Engingro III*
               Special Assistant United States Attorney
               United States Attorney's Office
               1 Courthouse Way, Suite 9200
               Boston, MA 02210
               Tel.: 617-748-3100
               Email: Vincent.engingro@usdoj.gov

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Vincent Engingro III, Special Assistant United States Attorney certify that, I spoke to Petitioner's counsel on July 15, 2026, seeking her position on this Motion. Petitioner's counsel assents to such motion.

Dated: July 15, 2026                    By:    */s/ Vincent Engingro III*
                                                Vincent Engingro III
                                                Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: July 15, 2026                    By: */s/ Vincent Engingro III*
                                                Special Assistant United States Attorney

2